1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES RIGGINS,                          No.  2:15-cv-1718 JAM AC P

12                    Petitioner,

13            v.                              ORDER

14    F. FOULK,

15                    Respondent.

16

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On October 13, 2020, the magistrate judge filed findings and recommendations herein

21    which were served on petitioner and which contained notice to petitioner that any objections to

22    the findings and recommendations were to be filed within twenty-one days.  ECF No. 16.

23    Petitioner has not filed objections to the findings and recommendations.

24            The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27            1.   The findings and recommendations filed October 13, 2020, are adopted in full;

28    ////

1

2.  Petitioner's petition for writ of habeas corpus (ECF No. 5) is dismissed without

prejudice for failure to prosecute.


DATED:  November 10, 2020                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE